294

## SUPERIOR COURT OF BALTIMORE CITY.

Filed December 30, 1903.

McDOWELL ET AL.
VS.
QUEEN ANNE'S RAILROAD
COMPANY.

*Baldwin & Baldwin* for plaintiff.
*Taylor & Keech* for defendant.

PHELPS, J.—

I fail. to perceive any ambiguity in the terms of the Act of 1900, Chapter 21. The statute is dealing exclusively with corporations incorporated under the laws of this State, and whether its officers or agents reside here or elsewhere, "in every case the officer serving process shall leave a copy of such process with the person upon whom the same is served."

In this case it is admitted that no such copy was left, and the motion to quash must therefore be granted.